CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ERIC REID

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ERIC DAVID REID,<br><br>      Defendant. | Case No.: 2:24-cr-00100-JAM<br><br>**STIPULATION AND ORDER CONTINUING ADMIT/DENY HEARING**<br><br>DATE:  June 17, 2025<br>TIME:  **9:00 a.m.**<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Zulkar Khan, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Eric Reid, that the admit/deny hearing in this matter, currently scheduled for June 17, 2025, at 9:30 a.m., be vacated and continued to this court's criminal calendar on August 19, 2025, at 9:30 a.m. for further admit/deny hearing. Defense counsel is in the process of identifying an available service provider to pursue relevant information to be addressed prior to the hearing.  Once that individual has been identified, defense counsel must request an authorization for funding.

//
//
//

06/10/25

| | | |
|---|---|---|
| DATED: | June 10, 2025 | /S/   Zulkar Khan<br>MICHELE BECKWITH<br>Acting United States Attorney<br>by ZULKAR KHAN<br>Attorney for Plaintiff |
| DATED: | June 10, 2025 | /S/   Clemente M. Jiménez<br>CLEMENTE M. JIMÉNEZ<br>Attorney for Eric Reid |

**ORDER**

After review of the parties' stipulation, the admit/deny hearing in the above-entitled matter, scheduled for June 17, 2025, is **CONTINUED** to **August 19, 2025, at 9:00 a.m.,** before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: June 10, 2025        /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE

06/10/25